In the Matter of the Estate of AMELIA K. SCHIMPER, Deceased. DORA MICO-LINO. Appellant.— Order affirmed, with twenty dollars costs and disbursements

to the respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.